IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,          :

      Petitioner,                              :

v.                                                  :     CIVIL NO. L 02-1283

DONNELL J. THOMPSON,              :

      Respondent.                            :

...oOo...

## ORDER OF COMPLIANCE

Madame. Clerk:

Please be advised that the Respondent in the above-captioned case complied with the Order to Show Cause issued on April 18, 2002 by the Honorable Benson Everett Legg. Accordingly, this case can be CLOSED.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____
Larry D. Adams
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
410/209-4801

APPROVED this 28TH day of June, 2002

_____
Benson Everett Legg
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 28th day of June 2002 that the foregoing was mailed, by first class mail, to the Respondent, Donnell J. Thompson, 2500 Parktrail Road, Baltimore, Maryland 21234.

_____
Larry D. Adams